# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **TORRECO HOSKIN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )    CIVIL ACTION NO. 20-0111-CG-B |
| | ) |
| **SILAR D. MARQUINO, et al.,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 21) made under 28 U.S.C. § 636(b)(1)(A) and S.D. Ala. GenLR 72(a)(2))(S), and dated July 23, 2020, is **ADOPTED** as the opinion of the Court.

Accordingly, it is **ORDERED** that this action is **CONSOLIDATED** with the prior filed Hoskin v. McKenzie, et al., Case No. 1:19-cv-00143-JB-N.

**DONE** and **ORDERED** this the 20th day of August, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

+